IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                               CASE NO: 03-51446

DONALD K VAN BUSKIRK              CHAPTER 7
KARIN S VAN BUSKIRK
             Debtor(s)              HON. MARILYN SHEA-STONUM
                                            BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Claim # 2 | Sears Roebuck<br>PO Box 3671<br>Des Moines, IA 50322 | $73.69 |
| --- | --- | --- |
| Claim #3 | Capital One<br>PO Box 85147<br>Richmond, VA 23285-5147 | $17.62 |
| Claim #4 | Fleet Credit Card Services LP<br>PO Box 1016<br>Horsham, PA 19044 | $127.88 |

*$219.19*

2. Your trustee's check for $219.19 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: March 9, 2011

*Ck #3015*
*receipt #82209*

Marc P. Gertz, #0003808
Chapter 7 Trustee
Goldman & Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
Phone: 330.376.8336
Fax: 330.376.2522
mpgertz@goldman-rosen.com